IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DONALD MORGAN,

   Petitioner,

v.           Case No. 5D16-964

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed April 29, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Donald Morgan, Mayo, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying postconviction relief rendered March 31, 2015, in Case No. 2009-000018-CFAWS, in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAWSON, C.J., ORFINGER and WALLIS, JJ., concur.